IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA    )
    )
Plaintiff,    )
    )
   v.    )    Case No. 19-00164-CR-W-HFS
    )
DOMINIQUE M. ROLAND    )
    )
Defendant.    )

**ORDER**

At a Change of Plea Hearing held on June 16, 2020, before Magistrate Sarah W. Hays, defendant executed a Plea Agreement. (Doc. 25). In a Report and Recommendation dated June 17, 2020, Judge Hays determined that the guilty plea to Count One of the Indictment charging defendant with a violation of 18 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - that is, illegal distribution of a controlled substance – was knowledgeable and voluntary and that the offense was supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 26) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.


SO ORDERED.

s/ HOWARD F. SACHS
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

July 6, 2020

Kansas City, Missouri